O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LANGLOIS, GAYLE LANGLOIS,<br><br>Plaintiffs,<br><br>v.<br><br>A.W. CHESTERTON COMPANY, INC., ALIS-CHALMERS PRODUCT LIABILITY TRUST; BORG-WARNER CORPORATION; ~~BRYAN STEAM CORPORATION; BUFFALO PUMPS, INC.; BW/IP INTERNATIONAL, INC.; CARRIER CORPORATION;~~ CBS CORPORATION; ~~CLEAVER BROOKS; CRANE CO.; DURABLA MANUFACTURING COMPANY; FLOWSERVE CORPORATION; FMC CORPORATION~~; HONEYWELL INTERNATIONAL,INC., ~~OAKFABCO, INC.,~~ QUINTEC INDUSTRIES, INC., RAPID AMERICAN CORP.; RILEY POWER, INC.,; ~~STERLING FLUID SYSTEMS (USA) LLC; THE GOODYEAR TIRE & RUBBER COMPANY~~; ,<br><br>Defendants. | Case No. CV 10-01081 DDP (VBKx)<br><br>**ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE REMANDED FOR LACK OF JURISDICTION** |

    Defendants are ordered to show cause why this case should not be remanded for lack of jurisdiction. Within fourteen days of the

date of this order, Defendants shall file a brief, not to exceed fifteen pages, addressing (1) the applicability of 28 U.S.C. § 1442(a)(1) to Defendants and (2) the import of Plaintiffs' allegation that Plaintiffs "disclaim any cause of action or recovery for injuries and damages . . . caused by the acts or omissions of defendants committed at the specific and proven direction of an officer of the United States Government acting within his official capacity and/or occurring at any federal enclave." (Complaint ¶ 9(k).)

IT IS SO ORDERED.


Dated: March 21, 2012

DEAN D. PREGERSON
United States District Judge