O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LANGLOIS, GAYLE LANGLOIS, <br><br> Plaintiffs, <br><br> v. <br><br> A.W. CHESTERTON COMPANY, INC., ALIS-CHALMERS PRODUCT LIABILITY TRUST; BORG-WARNER CORPORATION; ~~BRYAN STEAM CORPORATION; BUFFALO PUMPS, INC.; BW/IP INTERNATIONAL, INC.; CARRIER CORPORATION;~~ CBS CORPORATION; ~~CLEAVER BROOKS; CRANE CO.; DURABLA MANUFACTURING COMPANY; FLOWSERVE CORPORATION;~~ ~~FMC CORPORATION~~; HONEYWELL INTERNATIONAL,INC., ~~OAKFABCO, INC.~~, QUINTEC INDUSTRIES, INC., RAPID AMERICAN CORP.; RILEY POWER, INC.,;~~STERLING FLUID SYSTEMS (USA) LLC; THE GOODYEAR TIRE & RUBBER COMPANY~~; , <br><br> Defendants. | Case No. CV 10-01081 DDP (VBKx) <br><br><br><br> **ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE REMANDED FOR LACK OF JURISDICTION** |

    Defendants are ordered to show cause why this case should not be remanded for lack of jurisdiction. Within fourteen days of the

1  date of this order, Defendants shall file a brief, not to exceed
2  fifteen pages, addressing (1) the applicability of 28 U.S.C. §
3  1442(a)(1) to Defendants and (2) the import of Plaintiffs'
4  allegation that Plaintiffs "disclaim any cause of action or
5  recovery for injuries and damages . . . caused by the acts or
6  omissions of defendants committed at the specific and proven
7  direction of an officer of the United States Government acting
8  within his official capacity and/or occurring at any federal
9  enclave."  (Complaint ¶ 9(k).)

11 IT IS SO ORDERED.

14 Dated: March 21, 2012

           DEAN D. PREGERSON
           United States District Judge