JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LANGLOIS, GAYLE LANGLOIS,<br><br>         Plaintiffs,<br><br>    v.<br><br>A.W. CHESTERTON COMPANY, INC.,<br><br>         Defendants.<br>_____ | Case No. CV 10-01081 DDP (VBKx)<br><br>**ORDER OF REMAND** |

THE COURT having ordered the moving party to show cause in writing, why this action should not be remanded and the moving party having failed to respond,

THE COURT ORDERS that this action be, and hereby is, remanded for failure to comply with the orders of the Court.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: April 19, 2012

DEAN D. PREGERSON
United States District Judge

cc:
Los Angeles Superior Court
111 North Hill Street
Los Angeles, CA  90012-3117
case no. BC418568